May 04, 2015

PD-0532_0535-15

Tashima Everhart
Hobby Unit #1925896
742 FM 712
Marlin, Texas 76661-4685

FILED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta. Clerk

Court Of Criminal Appeals
Attn: Mr. Abel Acosta, Clerk Of The Court
P. O. Box 12308
Austin, Texas 78711

Re: Everhart vs State
    Fifth Court Of Appeals, Cases: 05-14-00061-CR, 05-14-00062-CR,
                                    05-14-00063-CR, 05-14-00064-CR

Dear Mr. Acosta,

Please be advised with this letter that I ask for an extension of the May 6, 2015, deadline to have a petition filed for discretionary review in the Court Of Criminal Appeals.

I would also like to ask the Court with this letter to appoint me an attorney to represent me in these matters. I am incarcerated with no form of an income and therefore indigent. I cannot afford the proper counsel to perform the duties required to represent me in the Courts.

It is my intention to further appeal the most recent decisions from the Courts pertaining to Trial Court Cause: F13-00363-S from the 282 Judicial District Court, Dallas County, Texas, and the Fifth Court Of Appeals.

Please notify me at the above listed address if there are any additional documents to sign or need to be provided to assign an attorney to represent me in theses cases. I also ask that you notify me of the new date to have the petition filed.

I forward my gratitude in advance for your prompt attention to this letter!

Sincerely,

Tashima Everhart